Monica Perales
Attorney at Law: 297739
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Nathan Alan Webb

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| NATHAN ALAN WEBB, | ) | Case No.: 1:15-cv-00594-EPG |
|---|---|---|
| | ) | |
| Plaintiff, | ) | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| | ) | |
| vs. | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses (ECF No. 25), IT IS ORDERED that fees and expenses in the amount of $5,200.00, as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **October 5, 2016**        /s/ *Erica P. Grosjean*
                                    UNITED STATES MAGISTRATE JUDGE